ARNOLD H. UHRLASS, Respondent, v. WALTER F. SINCLAIR and EDWIN W. MOORE, Appellants.— As to the defendant Moore the appeal has been withdrawn. As to defendant Sinclair judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CONSOLIDATED RAILROAD COMPANY, Relator, v. THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK FOR THE FIRST DISTRICT and Others, Respondents.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

MARY KIWIN, Respondent, v. ABRAHAM GABRIEL MALOOF, also Known as ABRAHAM GABRIEL, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

LOUISE HANF, Respondent, v. HERBERT N. BRADLEY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

NORMA F. SCHAFUSS, Respondent, v. FARRON S. BETTS and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

In the Matter of CHARLES WOLFF, Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

CHARLES K. ENGLE, Respondent, v. SIMPLEX AUTOMOBILE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

EMILIE VOIGT, Respondent, v. BISCHOFF'S BANKING HOUSE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

FRANCISZEK SLIMOWICZ, as Administratrix, etc., Respondent, v. PHILADELPHIA AND READING RAILROAD COMPANY Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Oravecz* v. *Philadelphia & Reading R. Co.* (171 App. Div. 941), with leave to appellant to appeal to the Court of Appeals. No opinion. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

EGMONT MOLLENHAUER, Respondent, v. E. A. STROUT FARM AGENCY, Appellant.— Order modified as stated in order and as modified affirmed, without costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

ERNEST ZERNICK, Respondent, v. JOHN LAURICELLI and Others, Copartners, etc., Appellants.— Order modified as stated in order and as modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.